**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DARREN LARAY TOLES JR,

Plaintiff,

v.

ORTEZ, *et al.*,

Defendants.

Case No. 1:26-cv-03916 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE

(Doc. 6)

Darren Laray Toles Jr., currently a county jail inmate, requested to proceed *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. (Doc. 2.) However, Plaintiff did not provide a certified copy of his trust account statement with his application. Therefore, the Court ordered Plaintiff to file an account statement, as necessary to evaluate his request to proceed *in forma pauperis* or pay the filing fee to proceed with this action. (Doc. 4.) Plaintiff did not file the account statement, pay the filing fee, or otherwise respond to the Court's order.

On July 7, 2026, the magistrate judge determined that Plaintiff failed to prosecute the case and failed to obey the Court's order. (Doc. 6 at 2.) The magistrate judge found that terminating sanctions were appropriate and recommended that the Court dismiss the action without prejudice. (*Id.* at 2-3.) The Court served the Findings and Recommendations on Plaintiff with a notice that objections were to be filed within 14 days. (*Id.* at 3.) Plaintiff did not file objections and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the entire case, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 7, 2026 (Doc. 6) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: _August 11, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE